## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS (Springfield)

| In Re:<br>Gayle Urban | Case Number 16-31096<br>Chapter 7 |
|---|---|

**MOTION OF HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR FREMONT HOME LOAN TRUST 2005-E, MORTGAGE-BACKED CERTIFICATES, SERIES 2005-E AND/OR ITS SUCCESSORS AND ASSIGNS FOR RELIEF FROM THE AUTOMATIC STAY**

Now comes HSBC Bank USA, National Association, as Trustee for Fremont Home Loan Trust 2005-E, Mortgage-Backed Certificates, Series 2005-E and/or its successors and assigns ("Secured Creditor") and hereby moves this Court pursuant to 11 U.S.C. § 362 and Fed. R. Bankr. R. 4001 for Relief from the Automatic Stay so as to permit it to enforce any and all applicable rights and remedies against Gayle Urban (hereinafter referred to as the "Debtor") including, but not limited to, a foreclosure sale on certain mortgaged property which is located at *22 Norseman Drive, South Dennis (Dennis), MA 02660* (the "Property") and consists of a lot of land with residence thereon.

In support of this Motion, Secured Creditor states the following:

1.  The Debtor's Chapter 7 Petition was filed on December 28, 2016.

2.  Gayle Urban (hereinafter referred to as the "Debtor") is the current owner of the property located at *22 Norseman Drive, South Dennis (Dennis), MA 02660.*[1] The Property is encumbered by a first mortgage given by deceased mortgagor, Ralph Rodriguez (a/k/a Rafael Rodriguez), to Mortgage Electronic Registration Systems, Inc. acting solely as nominee for Fremont Investment & Loan (the "Mortgage"). Said Mortgage is dated October 25, 2005 and is recorded in Barnstable County Registry of Deeds in Book 20398, Page 235. A copy of the Mortgage is attached hereto and is marked Exhibit A. Secured Creditor is the current holder of the Mortgage.

3.  Said Mortgage secures a promissory note given by deceased mortgagor, Ralph Rodriguez, to Fremont Investment & Loan in the original principal amount of $265,500.00 (the "Note"). Secured Creditor or its custodian and/or agent is, as of the date hereof, in possession of the Note. Secured Creditor is an entity entitled to enforce the Note. A copy of the Note is attached hereto and is marked Exhibit B.

4.  As stated above, the Mortgage was originally given to Mortgage Electronic Registration Systems, Inc. acting solely as nominee for Fremont Investment & Loan and was thereafter assigned to Secured

---

[1] See Quitclaim Deed recorded in Barnstable County Registry of Deeds in Book 27541, Page 310.

Creditor. A copy of said assignment is attached hereto as <u>Exhibit C</u>. Ocwen Loan Servicing, LLC is the current servicer for this loan on behalf of Secured Creditor.

5.  The amount owed on the Mortgage is approximately $384,809.83 including principal, interest (through June 26, 2017), late fees, and attorney fees and costs. The monthly payments are currently $1,310.32 and this Mortgage is now in arrears for failure to pay principal and interest. Mortgage payments are presently due for September 1, 2008 through and including June 1, 2017.

6.  Upon information and belief, a Declaration of Homestead has not been recorded with respect to this property.

7.  Upon information and belief, the Property is subject to the following encumbrances:

| Lien Holder | Type of Lien | Amount Owed | Priority |
| --- | --- | --- | --- |
| Secured Creditor | 1st Mortgage | $384,809.83 | n/a |
| MA Dept. of Revenue | State Tax Lien | $29,023.09 | No |
| Heather Meehan | Lien | $1,275.00 | No |
| Town of Dennis Board of Selectmen | Lien | $2,643.20 | No |
| Mortgage Electronic Registration Systems, Inc. as nominee for Fremont Investment & Loan | Junior Mortgage | $14,750.00 | No |

**Total: $432,501.12**

8.  According to the Debtor's Schedules, the fair market value of the property is $210,000.00. For purposes of this Motion only, it is Secured Creditor's opinion that the liquidation value of the premises is $195,539.20 calculated as the fair market value less a reasonable realtor's fee (6%); deed stamps ($1,360.80); and anticipated closing costs incurred for a real estate closing ($500.00).

9.  Secured Creditor believes that the Debtor has no equity in the property based on the amount currently due Secured Creditor and others as described above totaling approximately $432,501.12 and the liquidation value of the Property.

10.  There is no other collateral securing the obligation to Secured Creditor.

11.  This Motion is brought for cause under 11 U.S.C. § 362 given that, among other things, any protection Secured Creditor may have is quickly eroding, there is no equity in the Property and the Property is not necessary to an effective reorganization. Accordingly, Secured Creditor requests that this Court grant relief from the automatic stay in order to proceed with its applicable rights and remedies,

13-010746 / BK02

including but not limited to a foreclosure sale on the premises and an eviction proceeding should Secured Creditor, or its successor in interest, become the successful bidder at a foreclosure sale.

12. Secured Creditor further seeks relief in order to, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Secured Creditor also requests that it be allowed to contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

**WHEREFORE**, Secured Creditor respectfully requests that the Court:

(1) Grant Secured Creditor and its successors and/or assigns relief from the 11 U.S.C. § 362 automatic stay for the purpose of exercising its various non-bankruptcy rights and remedies including and without limitation:

   a. Taking possession of the Property, obtaining a deed-in-lieu of foreclosure and/or foreclosing the Mortgage at issue; and
   b. Taking such action as may be necessary to evict the Debtor and/or any occupant from the Property.

(2) Waive the fourteen-day stay of relief pursuant to Federal Bankruptcy Rule 4001(a)(3); and

(3) Order such further relief as this Court deems just and proper.

In accordance with Local Rules, Secured Creditor requests that this Motion be allowed without a hearing unless an objection is timely filed.

Dated: June 29, 2017

> Respectfully submitted,
> HSBC Bank USA, National Association, as Trustee for Fremont Home Loan Trust 2005-E, Mortgage-Backed Certificates, Series 2005-E
> By its attorney,
>
> /s/ Marcus Pratt
> Marcus Pratt, Esquire
> BBO #684610
> Korde & Associates, P.C.

13-010746 / BK02

900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com

13-010746 / BK02

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (Springfield)**

| In Re:<br>Gayle Urban | Case Number 16-31096<br>Chapter 7 |
|---|---|

**ORDER ON THE MOTION OF HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR FREMONT HOME LOAN TRUST 2005-E, MORTGAGE-BACKED CERTIFICATES, SERIES 2005-E AND/OR ITS SUCCESSORS AND ASSIGNS FOR RELIEF FROM THE AUTOMATIC STAY**

At Springfield in said District, on the _____ day of _____, 2017, on the Motion of HSBC Bank USA, National Association, as Trustee for Fremont Home Loan Trust 2005-E, Mortgage-Backed Certificates, Series 2005-E and/or its successors and assigns ("Secured Creditor") after notice to all parties on the Secured Creditor's Certificate of Service, it is hereby

ORDERED AND DECREED:

1. Secured Creditor is granted Relief from the Automatic Stay imposed pursuant to 11 U.S.C. § 362(a) on the filing of the Petition for Relief.

2. Secured Creditor and any successor in interest is permitted to proceed forward to pursue its rights and remedies under state and/or federal law, including but not limited to a foreclosure of the mortgage it holds on real estate located at *22 Norseman Drive, South Dennis (Dennis), MA 02660*, which mortgage is dated October 25, 2005 and recorded in Barnstable County Registry of Deeds in Book 20398, Page 235. A copy of such mortgage was attached to the Motion for Relief at issue. Further, Secured Creditor is authorized to proceed with its eviction rights in accordance within applicable law with respect to such Property should Secured Creditor, or its successor in interest, become the successful bidder at a foreclosure sale.

3. Secured Creditor and/or its successors, assigns, and servicer may, at its option offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Secured Creditor may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

_____
Honorable Judge Katz
United States Bankruptcy Judge

13-010746 / BK02

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (Springfield)**

| In Re:<br>Gayle Urban | Case Number 16-31096<br>Chapter 7 |
|---|---|

**CERTIFICATE OF SERVICE**

I, Marcus Pratt, Attorney for **HSBC Bank USA, National Association, as Trustee for Fremont Home Loan Trust 2005-E, Mortgage-Backed Certificates, Series 2005-E and/or its successors and assigns** hereby certify that on June 29, 2017 I electronically filed the foregoing *Motion for Relief and Proposed Order* with the United States Bankruptcy Court for the District of MA using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants:

Richard King, U.S. Trustee
Gary M. Weiner, Trustee
Eric D. Kornblum, Esquire

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Gayle Urban
22 Norseman Drive
South Dennis (Dennis), MA 02660

Gayle Urban
74 Old Jarvis Ave.
Holyoke, MA 01040

Estate of Ralph Rodriguez
22 Norseman Drive
South Dennis (Dennis), MA 02660

Tax Collector:
Town of Dennis, MA
485 Main Street, P.O. Box 2060
South Dennis, MA 02660

Massachusetts Department of Revenue
Attn: Bankruptcy Unit
P. O. Box 9564
Boston, MA 02114-9564

Heather Meehan
1 Coolidge Road
West Yarmouth, MA 02673

Town of Dennis Board of Selectmen
c/o Town of Dennis Legal Department
P.O. Box 2060
South Dennis, MA 02660

Mortgage Electronic Registration Systems, Inc.
as nominee for Fremont Investment & Loan
P.O. Box 2026
Flint, MI 48501-2026

/s/ Marcus Pratt
Marcus Pratt, Esquire
BBO #684610
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com

13-010746 / BK02