BK 27214 PG223 #16119
03-18-2013 a 11:03a

APN #: [REDACTED]

After Recording Return To:
O'Connell, Attmore & Morris, LLC
71 Park Avenue, Suite C
West Springfield, MA 01089
Attorney Code: 00202
MIN: [REDACTED]
MERS Ph.#: [REDACTED]

## ASSIGNMENT OF MORTGAGE
## MASSACHUSETTS

This **ASSIGNMENT OF MORTGAGE** from **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.(MERS)**, as nominee for **FREMONT INVESTMENT & LOAN**, whose address is PO Box 2026 Flint, MI 48501-2026, its successors and assigns, ("Assignor) to **HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR FREMONT HOME LOAN TRUST 2005-E, MORTGAGE-BACKED CERTIFICATES, SERIES 2005-E** whose address is c/o Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, Florida, 33409, (Assignee) all its rights, title and interest in and to a certain mortgage duly recorded in the Office of the Public Records of **BARNSTABLE** County, State of **MASSACHUSETTS**, as follows;

Mortgagor: RALPH RODRIGUEZ
Mortgagee: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ACTING SOLELY AS NOMINEE FOR FREMONT INVESTMENT & LOAN
Document Date: OCTOBER 25, 2005
Amount: $265,500.00
Recording Date: OCTOBER 25, 2005
Instrument Number: 74601
Book/Volume/Docket/Liber: 20398
Page/Folio: 235
Property address: 22 NORSEMAN DR, SOUTH DENNIS, MA 02660

This Assignment is made without recourse, representation or warranty.

IN WITNESS WHEREOF the Assignor has caused these presents to be executed in its name, by its proper officer thereunto duly authorized, the 14TH day of FEBRUARY, 2013.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
(MERS)

BY: [signature]
NAME: Yamali Martinez
TITLE: Assistant Secretary

Signed, sealed and delivered in the presence of:

Stephanie Simpson

Victoria Vazquez

STATE OF FLORIDA       )
                       )ss.
COUNTY OF PALM BEACH   )

The foregoing instrument was acknowledged before me this 14TH day of FEBRUARY, 2013, by Yamali Martinez, the Assistant Secretary at **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**, on behalf of the corporation. He/She is personally known to me.

Notary Public State of Florida
Debra Spruill
My Commission EE 167045
Expires 02/06/2016

Notary Public –
State of Florida    Debra Spruill

22 Norseman Drive, South Dennis, MA

**BARNSTABLE REGISTRY OF DEEDS**